RECEIVED
IN MONROE, LA
AUG 1 2 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| EMMA CATHERINE COMMODORE | CIVIL ACTION NO. 04-2104 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JOHN ASHCROFT, ET AL. | MAG. JUDGE JAMES D. KIRK |

## RULING

Petitioner filed this petition for writ of habeas corpus on October 12, 2004, contesting her continued detention by the Department of Homeland Security, U.S. Immigrations and Customs Enforcement ("ICE"). Petitioner had been detained by ICE (and its predecessor agency) since 1998, pending removal to her home country of Cameroon.

On June 10, 2005, Magistrate Judge James D. Kirk issued a report, recommending that Petitioner's motion for summary judgment be granted and that she be released from custody within thirty (30) days under conditions to be set by this Court. However, on June 24, 2005, Defendants filed a response to Magistrate Judge Kirk's Report and Recommendation, establishing by the affidavit of ICE Chief Counsel Terry Bird that Petitioner was released from custody on June 23, 2005.

While the Court fully agrees with and adopts the analysis contained in Magistrate Judge Kirk's Report and Recommendation, Petitioner's only claim was a request to be released from detention, and her petition for writ of habeas corpus is now moot. Therefore, Petitioner's case is DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 12 day of August, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE